# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0439
LT Case No. 2021-CF-002324-A

_____

LAMARIO D. WILLIAMS,
     Appellant,

v.

STATE OF FLORIDA,
     Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Chase, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison
Radtke, Assistant Public Defender, Daytona Beach, for
Appellant.

John M. Guard, Acting Attorney General, Tallahassee, and
Bonnie Jean Parrish, Assistant Attorney General, Daytona
Beach, for Appellee.

February 11, 2025

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th
DCA 2024); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023),
*review granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31,
2024).

JAY, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____